UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXINGTON AVENUE HOTEL, L.P., <br><br>                        Plaintiff, <br><br>-v.- <br><br>525 LEXINGTON OWNER, LLC, <br><br>                        Defendant. | 24 Civ. 3829 (JHR) <br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the April 21, 2025 conference, this case is REMANDED to the Supreme Court of New York, New York County.

    The Clerk of Court is directed to terminate all open motions, send a copy of this Order to the Supreme Court of New York, New York County, and close the case.

    SO ORDERED.

Dated: April 21, 2025
       New York, New York

                                                  */s/ Jennifer H. Rearden*
                                                  JENNIFER H. REARDEN
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2025